UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-152-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER AMENDING JUDGMENT** |
| | ) | |
| CLAYTON KIMBRELL | ) | |

Upon the unopposed Motion of Defendant Clayton Kimbrell ("Defendant") for Recommendation to the Bureau of Prisons and for good cause shown, the Defendant's Motion is **GRANTED**. It is therefore ordered that the Judgment previously imposed by this Court is amended as follows:

The Court recommends that Defendant be designated to the minimum-security, satellite prison camp that is part of the Terre Haute Federal Correctional Complex (FCC) or, if space in that camp is unavailable, to the minimum-security camp or minimum-security satellite camp that is closest to Mr. Kimbrell's home in Brownsburg, Indiana.

SO ORDERED, this the 16 day of September 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE