UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | NO. 5:11-CR-152-001BO |
| CLAYTON KIMBRELL | ) | |

## ORDER EXTENDING REPORTING DATE

Upon the Motion of Defendant Clayton Kimbrell for an extension of his self-reporting date to an institution designated by the Federal Bureau of Prisons, and good cause being shown;

It is hereby ordered that Defendant's Motion is granted and the date on which Defendant must self report to an institution designated by the Federal Bureau of Prisons is extended for thirty (30) days to and including December 3, 2012.

This the 18 day of October 2012.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE